**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **SANG MINH TRAN,** § | |
| § | |
| *Plaintiff*, § | |
| VS. § | **CIVIL ACTION NO. 4:26-cv-00192** |
| § | |
| **PAMELA BONDI, et al.,** § | |
| § | |
| *Defendants*. § | |

### ORDER

Petitioner has filed his Emergency Motion for Contempt of Court and Enforcement of This Court's Order of Immediate Release. ECF No. 11. The Court requires expedited briefing on this matter. It is hereby **ORDERED** that Respondents shall file their Response no later than February 12, 2026. The Court will hold a hearing on this matter by phone on Friday, February 13, 2026, at 3:00PM.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 6th of February, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE