Case 4:26-cv-00192   Document 14   Filed 02/13/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SANG MINH TRAN, § § § § § § § § § § | |
| Petitioner, | |
| VS. | CIVIL ACTION NO. 4:26-cv-00192 |
| PAMELA BONDI, *et al.*, | |
| Respondents. | |

# ORDER

Before the Court is Petitioner Sang Minh Tran's Petitioner's Emergency Motion for Contempt and Enforcement (ECF 11). On February 13, 2026, the Court held a hearing on this matter. The Court clarified that its Order of January 30, 2026, ordered Petitioner's release under Petitioner's March 29, 2000, Order of Supervision.

Therefore, the Court **ORDERS** Respondents to modify Petitioner's current Order of Supervision to comply with the Court's January 30 Order no later than February 20, 2026. This includes removing the ankle monitoring condition. Respondents are **ORDERED** to update the Court on the status of Petitioner's Order of Supervision on or before February 24, 2026.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the 13th of February, 2026.

_____
Keith P. Ellison
United States District Judge